IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Lorraine Little, | ) | C/A: 3:09-886-JFA |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | |
| United States Post Office, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The plaintiff in this action prevailed at trial and obtained a verdict against the defendant in the amount of $10,000. She subsequently moved for attorney's fees totaling more than $40,000.

Now before the court is the plaintiff's *pro se* motion for a transcript at government's expense. She filed a *pro se* notice of appeal on January 20, 2011 (4CCA No. 11-1082), appealing this court's dismissal of some, but not all, of her claims prior to trial.

Because the plaintiff has failed to show indigence in this case, the court denies the plaintiff's motion for a free transcript (ECF No. 97).

IT IS SO ORDERED.

*Joseph F. Anderson Jr.*

February 25, 2011                    Joseph F. Anderson, Jr.
Columbia, South Carolina             United States District Judge