# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Lorraine Little, ) | C/A No. 3:09-886-JFA |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| John Potter, Postmaster General, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

On January 7, 2011, a jury rendered a verdict in favor of Plaintiff for $10,000 with respect to her claim that Defendant subjected her to a retaliatory hostile work environment, and the judgment was entered on January 18, 2011. Plaintiff's lawyers now petition the court for attorneys' fees in accordance with 42 U.S.C. § 2000e-5(k), which reads: "In any action or proceeding under this title [42 USC §§ 2000e et seq.] the court, in its discretion, may allow the prevailing party, other than the Commission or the United States, a reasonable attorney's fee (including expert fees) as part of the costs, and the Commission and the United States shall be liable for costs the same as a private person." Defendant John Potter does not oppose Plaintiff's petition.

In the petition, Plaintiff's lawyer J. Charles Ormond, Jr. attested that he worked 180.3 hours on the case and charged a rate of $220 per hour of work. Mr. Ormond also associated Mr. Ben Dunn to assist him in the trial of this litigation, and he attests that Mr. Dunn worked 30.9 hours on this case at a rate of $200 per hour of work. Lastly, Mr. Ormond represents that his paralegal worked a total of 28.8 hours on this case at a rate of $65 per hour. All of these

figures were supported by a "time sheet compilation for legal services rendered," and the combination of the hours worked at their respective rates totals to $47,718. After considering the petition, the time sheet compilation, as well as the circumstances of this case, the court awards Plaintiff's lawyers fees in this case totaling $44,198. After considering the reasonableness of Plaintiff's request, the court deducted sixteen hours worked by Mr. Ormond in the fees computation, but finds all other requests for fees in this case reasonable and appropriate considering the nature of the case and the issues it presented. This award is in lieu of any contingent arrangement the lawyers may have had with Plaintiff.

Accordingly, the court orders Defendant John Potter to pay Plaintiff's lawyers $44,198 for the reasonable attorneys' fees they accumulated in this case.

IT IS SO ORDERED.

March 1, 2011  
Columbia, South Carolina

*Joseph F. Anderson, Jr.*  
Joseph F. Anderson, Jr.  
United States District Judge